**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE: Richard A. Sutphen                            CHAPTER 7

              Debtor(s)

                                            BKY. NO. 20-22846 TPA

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

      Kindly enter my appearance on behalf of PNC BANK, NATIONAL ASSOCIATION and index same on the master mailing list.

                                               Respectfully submitted,

                                    /s/ **Brian C. Nicholas**
                                        Brian Nicholas
                                        19 Oct 2020, 15:39:51, EDT

                                        Brian C. Nicholas, Esquire
                                        Attorney I.D. No. 317240
                                        KML Law Group, P.C.
                                        BNY Mellon Independence Center
                                        701 Market Street, Suite 5000
                                        Philadelphia, PA 19106
                                        412-430-3594
                                        bkgroup@kmllawgroup.com