Certificate Number: 05781-PAW-DE-035064869

Bankruptcy Case Number: 20-22846



05781-PAW-DE-035064869

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>November 8, 2020</u>, at <u>11:28</u> o'clock <u>AM PST</u>, <u>Richard Sutphen</u> completed a course on personal financial management given <u>by internet</u> by <u>Sage Personal Finance</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Western District of Pennsylvania</u>.

Date:  November 8, 2020

By:  /s/Allison M Geving

Name:  Allison M Geving

Title:  President